UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THERESA HAMPTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NAMPA, an Idaho municipal corporation,<br><br>Defendant. | Case No. 1:17-cv-00143-DCN<br><br>**ORDER OF DISMISSAL** |

On September 8, 2017, the Court filed an Order to Show Cause (Dkt. 15) requiring Plaintiff Theresa Hampton to show good cause as to why she failed to comply with the July 22, 2017 Order (Dkt. 13). In response, Hampton informed the Court that she was dismissing her lawsuit. Therefore, based upon Hampton's September 28, 2017 letter to the Court indicating she is no longer pursuing this lawsuit against the City of Nampa (Dkt. 16) and her failure to comply with the Order to Show Cause (Dkt. 15), IT IS HEREBY ORDERED that:

1. This action is **DISMISSED WITH PREJUDICE**.

DATED: September 29, 2017

_____
Honorable David C. Nye
United States District Court

**ORDER OF DISMISSAL - 1**